UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FERROSTAAL METALS GROUP, INC.
formerly known as
MAN FERROSTAAL, INC.

                    Plaintiff,                    08 CV 1898 (SAS)(GWG)
                                                      ECF CASE

   -against-

M/V SERENITY I, her engines, boilers,            **RULE 7.1 STATEMENT**
tackle, etc., COMBINE MARINE INC.
SERENITY MARITIME INC.
SK SHIPPING CO., LTD.

                    Defendants.
----------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated:   February 26, 2008

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:___/S/_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064