USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

February 28, 2008

**VIA ELECTRONIC MAIL & HAND DELIVERY**

Honorable Shira A. Scheindlin
Unites States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:  *County of Suffolk, et al v. Amerada Hess, et al* MDL 1358 (SAS)   08cv1898
     **Joint Request for Extension of Time for Summary Judgement Motion**

Dear Judge Scheindlin:

Plaintiffs and defendant Getty Petroleum Marketing, Inc. (GPMI) requested an extension of time for plaintiffs to submit their opposition to GPMI's partial summary judgment motion in light of the fact that the parties were in active settlement negotiations and believed that further motion practice would not be necessary. Those discussions are still ongoing, and indeed have progressed even further. However, plaintiffs and GPMI have not yet reached a final resolution and require several more weeks to do so. Accordingly, plaintiffs and GPMI jointly request an extension of time to March 21, 2008, either to finalize the settlement or for plaintiffs to file its opposition to GPMI's motion.

Respectfully submitted,

Robin L. Greenwald
Weitz & Luxenberg, P.C.
*Counsel for Plaintiffs*
180 Maiden Lane, 17th Floor
New York, New York 10038

cc: William Herrington, Esq.
    Counsel for GPMI

*Handwritten annotation: Request granted. Plaintiffs may have until March 21, 2008 to file their response to GPMI's motion for summary judgment. So Ordered. [signature] USDJ 2/29/08*

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585