UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERROSTAAL METALS GROUP, INC. Formerly known as MAN FERROSTAAL INC.<br><br>Plaintiff,<br><br>-V-<br><br>M/V SERENITY I her engines, boilers, tackle, etec., COMBINE MARINE INC., SERENITY MARITIME INC., SK SHIPPING CO., LTD.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 1898 (SAS) |

U.S. DISTRICT COURT FILED MAR 0 5 2008 S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5TH day of March, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26TH day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 999 528 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

February 27, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: FERROSTAAL METALS GROUP, INC. formerly known as
          MAN FERROSTAAL, INC. v. M/V SERENITY I, et al.
          08 CV 1898 (SAS)
          Our Ref: FS 7966

Sir:

[Registered Mail receipt, PS Form 3806:
Registered No. RB632999528US
Reg. Fee $10.15; Handling Charge $0.00; Return Receipt $2.15; Postage $1.80; Restricted Delivery $0.00
Date Stamp 03/05/08 0004 10
Received by: ML
Customer Must Declare Full Value $0.00; Without Postal Insurance
FROM: Kingsley Kingsley & Calkins, 91 West Cherry Street, Hicksville, NY 11801
Our File # FS 7966
TO: SK Shipping Co., Ltd., Korea, Republic of, Namsan Green Building, 19th Floor, 267, 5-GA Namdaemun-Ro, Chung-Gu, Seoul, KOREA]

...and Complaint on the following defendant ...les of Civil Procedure Rule 4: (f)(2)(c) (ii):

... Ltd.
...iilding, 19th Floor
...emun-Ro

Very truly yours,

[signature]