UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERROSTAAL METALS GROUP, INC. Formerly known as MAN FERROSTAAL INC.<br><br>Plaintiff,<br><br>-V-<br><br>M/V SERENITY I her engines, boilers, tackle, etec., COMBINE MARINE INC., SERENITY MARITIME INC., SK SHIPPING CO., LTD.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br>08 CV 1898 (SAS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5TH day of March, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26TH day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 999 545 US**

_____
J. Michael McMahon
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

February 27, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   FERROSTAAL METALS GROUP, INC. formerly known as
              MAN FERROSTAAL, INC. v. M/V SERENITY I, et al.
              08 CV 1898 (SAS)
              Our Ref: FS 7966



and Complaint on the following defendant
es of Civil Procedure Rule 4: (f)(2)(c) (ii):

e, Inc.

itinou Street

Very truly yours,

[signature]