UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
MAR 0 5 2008
S.D. OF N.Y.

| | |
|---|---|
| FERROSTAAL METALS GROUP, INC. Formerly known as MAN FERROSTAAL INC.<br><br>Plaintiff,<br><br>-V-<br><br>M/V SERENITY I her engines, boilers, tackle, etec., COMBINE MARINE INC., SERENITY MARITIME INC., SK SHIPPING CO., LTD.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br>08 CV 1898 (SAS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 5TH day of March, 2008

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 26TH day of February, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 999 531 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

February 27, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  FERROSTAAL METALS GROUP, INC. formerly known as
MAN FERROSTAAL, INC. v. M/V SERENITY I, et al.
08 CV 1898 (SAS)
Our Ref: FS 7966

Sir:

[Registered Mail Receipt partially covering text]

Registered No. RB632999531US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp 03/05/08
Received by: mL
Customer Must Declare Full Value $0.00
Without Postal Insurance ☑

FROM: Kingsley Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
Our File # FS 7966

TO: Serenity Maritime, INC.
Aeathrion Centre, 40 Agiou Konstantinou Street
Marousi
Athens, GREECE

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)

[Visible partial letter text:]
...s and Complaint on the following defendant
...les of Civil Procedure Rule 4: (f)(2)(c) (ii):

...e Inc.

...ntinou Street

Very truly yours,

[Signature]