```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL,
INC.
                    Plaintiffs,              08 CV 1898 (SS)

         - against -
                                             ANSWER TO PLAINTIFF'S
M/V SERENITY I, her engines,                 VERIFIED COMPLAINT
boilers, tackle, etc.,                       WITH AFFIRMATIVE
COMBINE MARINE INC., SERENITY                DEFENSES and CROSS-
MARITIME, INC., SK SHIPPING                  CLAIM
CO., LTD.
                    Defendants.
----------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendants COMBINE MARINE INC. and SERENITY MAITIME, INC., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMBINE MARINE INC. and SERENITY MAITIME, INC.

Dated:   New York, N.Y.
         April 18, 2008

_____
EDWARD A. KEANE (EK 1398)