```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL,         08 CV 1898 (SS)
INC.

            Plaintiffs,
                                          RULE 7.1 STATEMENT
        - against -

M/V SERENITY I, her engines,
boilers, tackle, etc.,
COMBINE MARINE INC., SERENITY
MARITIME, INC., SK SHIPPING
CO., LTD.
                  Defendants.
-----------------------------------------X
```

PLEASE TAKE NOTICE that Edward A. Keane, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants COMBINE MARINE INC. and SERENITY MARITIME, INC. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMBINE MARINE INC. and SERENITY MARITIME, INC.

Dated:   New York, New York
         May 22, 2008

                                    _____
                                    Edward A. Keane (EK 1398)