

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
RECEIVED FILED: 6/25/08
CHAMBERS OF
JUN 2 4 2008
JUDGE SCHEINDLIN

June 24, 2008

Hon. Shira A. Scheindlin                **By Fax: (212) 805-7920**
United States District Court
Southern District of New York
500 Pearl Street, RM 1620
New York, NY 10007

                    RE:    Ferrostaal Metals Group, Inc. v.
                           M/V SERENITY I, et al.
                           08 CIV. 1898 (SAS)
                           Our Ref: FS 7966

Dear Judge Scheindlin:

        We represent the plaintiff herein and write to request an extension of
time to effect service of process. This is a maritime action involving damage to
steel cargo during transportation.

        A summons and complaint was filed with the Clerk of the Court on
February 26, 2008. Defendants Combine Marine, Inc. and Serenity Maritime,
Inc. have been served and have appeared. On March 6, 2008, Defendant SK
Shipping Co. Ltd. was served by the Court Clerk pursuant to Fed. R. Civ. P 4(f)
by registered mail but no Answer has been filed. Pursuant to Rule 4(m), we
have 120 days to serve defendants. The 120 day period expires on June 25,
2008.

        We have also served a Rule B attachment on local banks against any
funds belonging to SK Shipping, but to date no funds have been found
although funds may still be found in the district. An extension of time to serve
Defendant SK Shipping is necessary in order to bring SK Shipping into the
case.

Thus, pursuant to Fed. R. Civ. P. Rule 4(m), we respectfully request an Order granting the plaintiff an additional ~~120~~ days to serve defendant SK Shipping Co. Inc.

60 (Sixty)        SAS

Thank you.

Respectfully,

KTM/

cc:    MAHONEY & KEANE, ESQS.
       11 Hanover Square, 10th Floor
       New York, NY 10005
       Attn: Edward A. Keane, Esq.
       Ref: 19/3573/B/08/4

SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.        6/24/08